good up that good good good okay for the there okay my I always how how how I I here I